

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

August 21, 2012

Clerk, USDC Central California
United States Courthouse
312 North Spring Street, Room G-8
Los Angeles, CA  90012-4701

      Re:    Joel I. Sher, etc., et al vs. Countrywide Home Loans, Inc., et al
            Civil Action No.:  GLR-11-3192

Dear Clerk:

☒    On August 21, 2012, an Order was filed transferring the above-captioned case to your Court.

☐    On Click here to enter a date., an Order was filed accepting jurisdiction by your court in this case.  Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

☐    Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your court pursuant to Fed. R. Crim. P. 20(a).  Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

Thank you for your cooperation and courtesy in this matter.

                Sincerely,

                Felicia C. Cannon, Clerk

      By:    /s/
                B. Hilberg Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____

Letter transferring case (Rev. 02/26/2002)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov